1002

JOHN F. NORDBY, *Appellant*, v. THE EMPLOYMENT
SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Asotin
County, No. 93-2-00123-7, John M. Lyden, J., entered No-
vember 9, 1993. *Affirmed* by unpublished opinion per
Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE ROY
GRANT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-04621-7, Sharon S. Armstrong, J., entered
November 17, 1992. *Affirmed* by unpublished per curiam
opinion.

DONALD LUDWAR, ET AL, *Plaintiffs*, v. HYE SEONG
HWANG, ET AL, *Defendants*.

CLINE ROBERT PRICE, ET AL, *Plaintiffs*, v. HWANG
HYE-SEONG, *Defendant*, MARGARET J. WHITE, *Appellant*,
THE CITY OF CONCRETE, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 92-2-00672-6, Stanley K. Bruhn, J., entered
December 17, 1993. *Affirmed* by unpublished opinion per Pe-
kelis, C.J., concurred in by Baker and Agid, JJ.